UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ROBERT A. GREEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DR. ASAD U. QAMAR, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:11-406-WTH-TBS<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION OR, ALTERNATIVELY, AN INJUNCTION PURSUANT TO INHERENT AUTHORITY, TO PRESERVE THE STATUS QUO AND ENJOIN ONGOING RETALIATION

Pursuant to Federal Rule of Civil Procedure 65(a), Local Rule 4.06, and this Court's inherent authority, Defendants Asad U. Qamar, M.D. and the Institute of Cardiovascular Excellence, PLLC hereby respectfully move this Court to issue an order enjoining the United States ("the Government") from implementing its March 6, 2015 decision to suspend Medicare payments to Defendants ("the Suspension Decision").

As set forth in the accompanying Memorandum of Law and Declarations supporting this Motion, the Suspension Decision is an unconstitutionally retaliatory litigation tactic designed to ensure that Defendants have no ability to contest the false allegations that have been filed against them. Before the Government filed its Complaint in Intervention, Defendants informed the Government on February 27, 2015 that discussions regarding potential resolution of this case had reached an impasse, such that this matter would have to

proceed before this Court.  *Seven days later*, the Government issued the Suspension Decision to bankrupt Defendants, ensuring that they could not meaningfully challenge the charges in this Court.  The Suspension Decision violates the Fifth Amendment's Due Process Clause because it retaliates against Defendants' for refusing to waive their rights to litigate the allegations of the Complaint.

Pursuant to Local Civil Rule 3.01(g), the undersigned counsel affirms that counsel for Defendants has conferred with counsel for the Government in a good faith attempt to resolve the issues raised herein.  Counsel for the Government opposes the requested relief.

Dated:  May 6, 2015				Respectfully submitted,


/s/ Gregory W. Kehoe
Gregory W. Kehoe (FBN 486140)		Kirk Ogrosky (*pro hac vice pending*)
KehoeG@gt.com				Kirk.Ogrosky@aporter.com
Danielle S. Kemp (FBN 474355)		Murad Hussain (*pro hac vice pending*)
KempD@gt.com				Murad.Hussain@aporter.com
GREENBERG TRAURIG, P.A.			ARNOLD & PORTER LLP
Courthouse Plaza				555 Twelfth Street, NW
625 East Twiggs Street, Suite 100		Washington, DC  20004-1206
Tampa, FL 33602				(202) 942-5000
(813) 318-5700				(202) 942-5999 (facsimile)
(813) 318-5900 (facsimile)

*Attorneys for Defendants Asad U. Qamar, M.D. and the Institute of Cardiovascular Excellence, PLLC*

# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record listed below.

/s/ Gregory W. Kehoe

**Adam Russell Tarosky**
US Department of Justice - Civil Division
adam.r.tarosky@usdoj.gov

**Daniel Robert Anderson**
US Department of Justice - Civil Division
Dan.Anderson@usdoj.gov

**Eva U. Gunasekera**
US Department of Justice - Civil Division
eva.gunasekera@usdoj.gov

**Michael D. Granston**
US Department of Justice - Civil Division
michael.granston@usdoj.gov

**Sean Flynn**
US Attorney's Office - FLM
sean.flynn2@usdoj.gov

**Jonathan Kroner**
Jonathan Kroner Law Office
jk@floridafalseclaim.com

**Marc Ito**
Office of the Attorney General
Marc.Ito@myfloridalegal.com

**Rafael Jacinto Nobo, III**
The Nobo Law Group
rafael.nobo@gmail.com

**Sam S. Sheldon**
Quinn Emanuel Urquhart & Sullivan, LLP
samsheldon@quinnemanuel.com

**Ben O'Neil**
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th St NW 11th Flr
Washington, DC 20001

**John S. Didday**
John S. Didday, Esq.
50 California St 22nd Flr
San Francisco, CA 94111

*ORL 299063333v3*