UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| UNITED STATES OF AMERICA, et al v INSTITUTE OF CARDIOVASCULAR EXCELLENCE | | Case No. 5:11-cv-406-Oc-37TBS | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr. U.S. District Judge | COUNSEL FOR PLAINTIFF | Sean Flynn (USA) Sam Sheldon (Relator) |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Greg Kehoe Kirk Ogrosky |
| COURT REPORTER | Amie First | INTERPRETER | n/a |
| DATE AND TIME | 5/29/15 9:00 am – 10:03 am | TOTAL TIME | 1/03 |

## **CLERK'S MINUTES**

### **PROCEEDINGS OF: MOTION HEARING**

Argument heard

Order to Enter

Defendant has ten (10) days to file supplemental briefing not to exceed 20 pages

Plaintiff has ten (10) days to respond not to exceed 20 pages