**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

UNITED STATES OF AMERICA *ex rel.*
ROBERT A. GREEN; HOLLY A.
TAYLOR; and STATE OF FLORIDA,

        Plaintiffs,

v.                                                         Case No. 5:11-cv-406-Oc-37TBS

INSTITUTE OF CARDIOVASCULAR
EXCELLENCE, PLLC; ICE HOLDINGS,
PLLC; ASAD ULLAH QAMAR; and
HUMERA A. QAMAR,

        Defendants.

**ORDER**

This cause is before the Court on Defendants' Unopposed Motion for Clarification of the Court's June 2, 2015 Order (Doc.42), filed June 3, 2015.

On May 7, 2015, Defendants in this Medicare Fraud action filed an Amended Motion for Preliminary Injunction or, Alternatively, an Injunction Pursuant to Inherent Authority, to Preserve the Status Quo and Enjoin Ongoing Retaliation seeking to enjoin the Government from enforcing a temporary suspension of their Medicare payments. (Doc. 18.) At the preliminary injunction hearing on May 29, 2015, the Court granted Defendants leave to file supplemental briefing and materials in support of their Motion. (*See* Hr'g Tr. 54–55.) The Court also granted Plaintiffs leave to respond within ten days of Defendants' filing of their supplemental briefing. (*See id.*)

Additional consideration of the parties' briefings and arguments led to the conclusion that the record to date does not provide information sufficient for the Court to determine whether Defendants have a substantial likelihood of success on the merits of their claim for bad faith retaliation, which is necessary to invoke the Court's inherent authority to enter a preliminary injunction. Therefore, on June 2, 2015, the Court authorized the parties to conduct expedited discovery "on the limited issue of the causal connection necessary for retaliation" by July 16, 2015 ("Discovery Order"). (Doc. 41, p. 3.)

Defendants now seek clarification of the "perceived conflict between the Discovery Order and the Court's instructions at the May 29, 2015 hearing," and "request clarification as to whether the Discovery Order supersedes or otherwise vacates the Court's May 29 request for supplemental *pre-discovery* filings by June 8, 2015." (Doc. 42.)

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Unopposed Motion for Clarification of the Court's June 2, 2015 Order (Doc. 42) is **GRANTED**.

2. The parties are **DIRECTED** to conduct limited, expedited discovery on the issue of causal connection necessary for retaliation until **Thursday, July 16, 2015**.

3. The Court's instructions and deadlines from the May 29 hearing will take effect upon the completion of this discovery period. Thus, Defendants may file supplemental briefing or materials in support of their Amended Motion for Preliminary Injunction or, Alternatively, an Injunction Pursuant to Inherent Authority, to Preserve the Status Quo and Enjoin Ongoing Retaliation (Doc. 18) on or before **Monday, July 27, 2015**. Plaintiffs may

respond to Defendants' supplemental filings, if any, on or before **August 7, 2015**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 5, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record