# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA *ex rel.*
ROBERT A. GREEN; HOLLY A.
TAYLOR; and STATE OF FLORIDA,

        Plaintiffs,

v.                                                                    Case No. 5:11-cv-406-Oc-37TBS

INSTITUTE OF CARDIOVASCULAR
EXCELLENCE, PLLC; ICE HOLDINGS,
PLLC; ASAD ULLAH QAMAR; and
HUMERA A. QAMAR,

        Defendants.

---

## ORDER

This cause is before the Court on the following:

1.      Opposed Motion for Reconsideration, or, in the Alternative, Clarification of the Court's June 2, 2015 Order (Doc. 46), filed June 5, 2015; and

2.      Defendants' Amended Motion for Preliminary Injunction or, Alternatively, an Injunction Pursuant to Inherent Authority, to Preserve the Status Quo and Enjoin Ongoing Retaliation (Doc. 18), filed March 7, 2015.

The United States (the "Government") moves for reconsideration or clarification of the Court's June 2, 2015 Order (Doc. 41 ("Discovery Order")) granting the parties to this *qui tam* action leave to "conduct discovery on the limited issue of [] causal connection" in order to determine whether Defendants have a substantial likelihood of success on the merits of their retaliation claim so as to invoke the Court's inherent authority to enter a preliminary injunction. (Doc. 46 (the "Reconsideration Motion").)

Upon consideration, the Court finds that the Government's Reconsideration Motion is due to be granted. A comprehensive written order detailing the Court's reasoning is forthcoming.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.      Opposed Motion for Reconsideration, or, in the Alternative, Clarification of the Court's June 2, 2015 Order (Doc. 46) is **GRANTED**.

2.      The Court's June 2, 2015 Discovery Order (Doc. 41) is **VACATED**.

3.      Defendants' Amended Motion for Preliminary Injunction or, Alternatively, an Injunction Pursuant to Inherent Authority, to Preserve the Status Quo and Enjoin Ongoing Retaliation (Doc. 18) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 15, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record