UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LFORIDA
OCALA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROBERT A. GREEN and HOLLY A. TAYLOR, <br><br> Plaintiff, <br><br> vs. <br><br> DR. ASAD U. QAMAR and the INSTITUTE OF CARDIOVASCULAR EXCELLENCE, PLLC, <br><br> Defendants. | CASE NO. 5:11-ck-00406-RBD-TBS |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendants, DR. ASAD U. QAMAR, HUMERAA QAMAR, INSTITUTE OF CARDIOVASCULAR EXCELLENCE, PLLC, and ICE HOLDINGS, PLLC, by and through undersigned counsel, and file this Suggestion of Bankruptcy in the above-entitled proceeding and state:

1. On April 20, 2016, a Voluntary Petition for relief under Chapter 11, Title 11, of the United States Bankruptcy Code was filed by the Defendants, DR. ASAD U. QAMAR and HUMERAA QAMAR, in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 3:16-bk-01490.

2. On April 20, 2016, a Voluntary Petition for relief under Chapter 11, Title 11, of the United States Bankruptcy Code was filed by the Defendant, INSTITUTE OF CARDIOVASCULAR EXCELLENCE, PLLC, in the United States Bankruptcy Court for the Southern District of Florida,

under Case No. 3:16-bk-01491.

3. On April 20, 2016, a Voluntary Petition for relief under Chapter 11, Title 11, of the United States Bankruptcy Code was filed by the Defendant, ICE HOLDINGS, PLLC, in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 3:16-bk-01492.

4. That pursuant to the Bankruptcy Code, Section 362, the above styled cause is hereby automatically stayed.

5. The filing of this Suggestion of Bankruptcy is not intended to be a Notice of Appearance by the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties receiving electronic notification this 20th day of April, 2016.

Furr and Cohen, P.A.
Attorneys for Debtor
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
(561) 395-0500
(561)338-7532 -fax

By: /s/ Aaron A. Wernick
   Aaron A. Wernick
   Florida Bar No. 14059
   E-mail: awernick@furrcohen.com