**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA *ex rel.*
ROBERT A. GREEN; STATE OF
FLORIDA *ex rel.* HOLLY TAYLOR,

        Plaintiffs,

v.

Case No. 5:11-cv-406-Oc-37TBS

INSTITUTE OF CARDIOVASCULAR
EXCELLENCE, PLLC; ICE HOLDINGS,
PLLC; ASAD ULLAH QAMAR; and
HUMERA A. QAMAR,

        Defendants.

**ORDER**

This cause is before the Court on the following:

1. Amended Suggestion of Bankruptcy (Doc. 90), filed April 21, 2016; and

2. United States' Response to Defendants' Amended Suggestion of Bankruptcy and Incorporated Memorandum of Law (Doc. 91), filed April 22, 2016.

Defendants in this False Claims Act ("**FCA**") *qui tam* action ("**Instant Action**") have filed for Chapter 11 bankruptcy. (*See* Doc. 90); *see also In re Asad U. Qamar & Humera A. Qamar*, 3:16-bk-1490 (M.D. Fla. 2016); *In re Institute of Cardiovascular Excellence, PLLC*, 3:16-bk-1491 (M.D. Fla. 2016); *In re ICE Holdings, PLLC*, 3:16-bk-1492 (M.D. Fla. 2016). As such, Defendants filed a "Suggestion of Bankruptcy" with this Court, indicating their belief that the Instant Action is automatically stayed pursuant to the Bankruptcy Code's automatic stay provision, 11 U.S.C. § 362(a). (Doc. 90.) The United States

opposes a stay. (*See* Doc. 91.)

Ordinarily, a petition for Chapter 11 bankruptcy operates as a stay of an action against the debtor ("**Automatic Stay**"). *See* 11 U.S.C. § 362(a). Particular actions are exempt from the Automatic Stay. *See id.* § 362(b). In the absence of binding authority, the Court finds persuasive the rational that exempts FCA actions from the Automatic Stay through the point of entry of judgment. *See In re Commonwealth Cos., Inc.*, 913 F.2d 518, 527 (8th Cir. 1990); *see also In re Bilzerian*, 146 B.R. 871, 873 (M.D. Fla. 1992). That is, the Court can permit the action to proceed to the entry of a final monetary judgment against the debtor, but it cannot enforce that judgment. *See In re Commonwealth Cos., Inc.*, 913 F.2d at 527; *In re Bilzerian*, 146 B.R. at 873.

Accordingly, the Court declines to stay the Instant Action; the Instant Action will proceed as set forth in the Court's Case Management and Scheduling Order (Doc. 65).

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 26, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record