**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROBERT A. GREEN and HOLLY A. TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> DR. ASAD U. QAMAR and the INSTITUTE OF CARDIOVASCULAR EXCELLENCE, PLLC, <br><br> Defendants. | Case No. 5:11-CV-406-Oc-37TBS |

## JOINT NOTICE OF SETTLEMENT

Pursuant to M.D. Fla. Local R. 3.08(a), the United States of America, State of Florida, Robert A. Green, Holly A. Taylor, Dr. Asad U. Qamar and the Institute of Cardiovascular Excellence, PLLC (collectively, the "Parties"), hereby notify this Court that the Parties have reached a settlement in principle. The settlement is contingent on the approval of the United States Bankruptcy Court, Middle District of Florida, pursuant to Fed. R. Bankr. P. 9019, and final approval by both the State of Florida and the United States Assistant Attorney General for the Civil Division or other appropriate designee of the United States Attorney General.

The Parties respectfully request that the case be closed administratively, subject to the rights of the Parties, pursuant to M.D. Fla. Local Rule 3.08(b), to file a motion within ninety (90) days for the purpose of entering a stipulated form

1

of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

| | |
|---|---|
| Dated: May 23, 2016 | Respectfully submitted, |
| _s/ Kirk Ogrosky_ | **Benjamin C. Mizer** |
| **Kirk Ogrosky** (*pro hac vice*) | Principal Deputy Assistant Attorney |
| **Murad Hussain** (*pro hac vice*) | General |
| ARNOLD & PORTER LLP | Civil Division |
| 555 Twelfth Street, NW | |
| Washington, DC 20004-1206 | **A. Lee Bentley III** |
| (202) 942-5000 | United States Attorney |
| (202) 942-5999 (facsimile) | |
| Kirk.Ogrosky@aporter.com | |
| Murad.Hussain@aporter.com | By:  _s/ Sean P. Flynn_ |
| | **Sean P. Flynn (Trial Counsel)** |
| **Gregory W. Kehoe** (FBN 486140) | Deputy Chief, Civil Division |
| **Danielle S. Kemp** (FBN 474355) | Assistant United States Attorney |
| GREENBERG TRAURIG, P.A. | USAO 111 |
| Courthouse Plaza | 400 North Tampa Street, Suite 3200 |
| 625 East Twiggs Street, Suite 100 | Tampa, FL 33602 |
| Tampa, FL 33602 | Telephone: (813) 274–6000 |
| (813) 318-5700 | Facsimile: (813) 274–6200 |
| (813) 318-5900 (facsimile) | |
| Kehoeg@gtlaw.com | **Michael D. Granston** |
| Kempd@gtlaw.com | **Tracey L. Hilmer** |
| | **Eva U. Gunasekera (Trial Counsel)** |
| | **Adam R. Tarosky (Trial Counsel)** |
| *Counsel for Defendants* | Civil Division |
| | Commercial Litigation Branch |
| | P.O. Box 261 |
| | Ben Franklin Station |
| | Washington, DC  20044 |
| | Telephone: (202) 307–0404 |
| | Facsimile: (202) 307–3852 |
| | |
| | *Counsel for United States of America* |

| | |
|---|---|
| **PAMELA J. BONDI**<br>ATTORNEY GENERAL<br>STATE OF FLORIDA<br><br>*s/ Jill Bennett*<br>**Jill Bennett**<br>Assistant Attorney General<br>Florida Bar No: 0108812<br>**Kathleen Von Hoene**<br>Senior Assistant Attorney General<br>Florida Bar No: 615765<br>Office of the Attorney General<br>Medicaid Fraud Control Unit<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050<br>Telephone: 850- 414-3913<br>Facsimile: 850- 410-0179<br>Jill.Bennett@myfloridalegal.com<br><br>*Counsel for the State of Florida* | *s/ Sam S. Sheldon*<br>**Sam S. Sheldon**<br>**Ben A. O'Neil**<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>777 6th Street NW, 11 th Floor<br>Washington DC 20001<br>Telephone: (202) 538-8000<br>**John S. Didday**<br>50 California Street, 22 °d Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6317<br><br>**Rafael Nobo**<br>Florida Bar Number: 0808091<br>19160 SW 29th Court<br>Miramar, Florida 33029<br>Telephone: (407) 803-3646<br>E-mail: rafael.noboc gmail.com<br><br>*Counsel for Relator Holly A. Taylor* |

*Jonathan Kroner*
**Jonathan Kroner**
Jonathan Kroner Law Office
Counsel for Plaintiff-Relator
420 Lincoln Rd., Suite 248
Miami Beach, FL 33139
305.310.6046
JK@FloridaFalseClaim.com
Florida Bar No. 328677

*Counsel for Relator Robert A. Green*