**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**UNITED STATES OF AMERICA and
ROBERT A. GREEN,**

    **Plaintiffs,**

v.                                                    Case No:   5:11-cv-406-Oc-37TBS

**INSTITUTE OF CARDIOVASCULAR
EXCELLENCE, PLLC, ICE HOLDINGS,
PLLC, ASAD ULLAH QAMAR and
HUMERA A. QAMAR,**

    **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the parties' Joint Notice of Settlement (Doc 100) filed May 23, 2016 indicating that this case has settled.  Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within ninety (90) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.  All pending motions are denied as moot and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** at Orlando, Florida this 25th day of May, 2016.

ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record